**No. 66609.**—Charles Hall, Inc., et al. *v.* United States, protests 214870–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C.C.P.A. 15, C.A.D. 458), the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, MARCH 27, 1962

**No. 66610.**—Impecco, Ltd. *v.* United States, protests 58/1166, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of fishing reels with two spools similar in all material respects to those the subject of *United States* v. *Charles Garcia & Co., Inc.* (48 C.C.P.A. 140, C.A.D. 780), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, MARCH 27, 1962

**No. 66611.**—Schenley Import Corp. *v.* United States, protest 60/26569 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiff was sustained.